RECEIVED

USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK

DATE ___/ / /9/ //___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

UNITED STATES OF AMERICA    *    CRIMINAL NO. 10-0297-01

VERSUS    *    JUDGE ROBERT G. JAMES

ALEJANDRO RUVALCABA SALAZAR    *    MAG. JUDGE KAREN L. HAYES

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Alejandro Ruvalcaba Salazar, and adjudges him guilty of the offense charged in Count Two of the indictment against him.

THUS DONE AND SIGNED in chambers, this 19 day of January 2011 ~~2010~~ in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE